# Third District Court of Appeal

## State of Florida

Opinion filed May 10, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2569
Lower Tribunal No. 13-24946

_____

**Herbert King,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dava J. Tunis and Cristina Miranda, Judges.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and LOGUE, JJ.

PER CURIAM.

Herbert King appeals the denial of his request to vacate his plea agreement.

We affirm. The record reflects that the trial court properly considered the content

of the plea agreement. In addition, King was not prevented from filing a 3.850 motion contesting any part of his plea agreement or sentence after the denial of his request to vacate. Any such claims are now time-barred.

Affirmed.